1 **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leucadia Air LLC, | No. CV-18-03536-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Bombardier Aerospace Corporation, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company); *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation).

Based on the foregoing,

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS ORDERED** that by November 9, 2018, Defendant shall file a supplement to the notice of removal fully alleging federal subject matter jurisdiction or this case will be remanded to state court.

Dated this 2nd day of November, 2018.

_____
James A. Teilborg
Senior United States District Judge